Michael E. Piston
Attorney for the Plaintiffs
38-08 Union St., Suite 9A
Flushing, NY 11354
Phone: 646-876-3772
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHIH-TSUNG HSU<br>HSIAO-CHEN HUANG<br>SHENG-EN HUANG<br>TZU-EN HSU<br> 3F, No. 204 Nanhai St.<br>Xinxing District<br>Kaohsiung Taiwan 80046<br><br>       Plaintiffs<br><br>       Against<br><br>THE AMERICAN INSTITUTE IN<br>TAIWAN<br>c/o The Executive Office,<br>Office of the Legal Adviser, Suite 5.600,<br>600 191 Street NW.,<br>Washington DC 20522<br><br><br>       Defendant | Case No.:<br><br><br>COMPLAINT |

COMPLAINT - 1

## DESCRIPTION OF ACTION

1. This is an action brought by Plaintiffs against the Defendant to compel action on their applications for immigrant visas which have been unreasonably delayed.

## JURISDICTION

2. This being a civil action against the United States arising under the Administrative Procedure Act, 5 U.S.C. §701 et seq., a law of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. §1331.

## DESCRIPTION OF PARTIES

3. Shih-Tsung Hsu is a national and citizen of the Republic of China, residing in Taiwan, who is the beneficiary of an approved immigrant visa petition and who has applied for an immigrant visa at the American Institute in Taiwan.

4. Hsiao-Chen Huang, Sheng-En Huang and Tzu-En Hsu are likewise nationals and citizens of the Republic of China, residing in Taiwan, who have each applied for an immigrant visa at the American Institute in Taiwan as the derivative beneficiaries of Shih-Tsung Hsu's application.

5. The American Institute in Taiwan is an authority of the Government of the United States  through which the United States performs consular services on Taiwan. It resides in Taiwan.

## BRIEF STATEMENT OF RELEVANT FACTS

6. The Plaintiffs all filed immgrant visa applications with the Defendant on or before July 24, 2017.

7. Plaintiffs all filed all documents necessary to be issued an immigrant visa no later than September 25, 2017.

COMPLAINT - 2

8.    A visa has been available to all of the Plaintiffs for all times pertinent to this action.

9.    The Defendant has taken no action on their applications.

10.   As of today, all of the Plaintiffs' applications remain unadjudicated.

11.   Upon information and belief, the Defendant has issued immigrant visas to numerous visa applicants who applied for visas after September 25, 2017.

## CAUSE OF ACTION

### ACTION TO COMPEL AGENCY ACTION UNREASONABLY DELAYED

12.   The Defendant owes a duty to the Plaintiffs to adjudicate their immigrant visa applications within a reasonable period of time. 5 U.S.C. §555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

13.   Further, 8 U.S.C. §1571(b) provides that: "It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application, …."

14.   The over 55 months that have passed since the plaintiffs all filed all documents necessary to be issued an immigrant visa and a visa became available to them is an unreasonable amount of time in which to adjudicate their applications for immigrant visas.

15.   Upon information and belief, the Defendant has adopted a "rule of reason" regarding the processing of immigrant visa applications, in that it generally processes them according to the order in which each applicant filed all documents necessary to be issued an immigrant visa, provided that a visa is available for that applicant.

16.   However, the Defendant has unreasonably failed to adhere to that rule in processing Plaintiffs' applications for an immigrant visa.

17. Congress has provided in 8 U.S.C. § 1571(b) an indication of the speed with which it expects applications to proceed in the Immigration and Nationality Act, which supplies content for a rule of reason, and the Defendant has fallen far short of the same.

18. Human health and welfare are at stake in this action, in that Defendant's failure to adjudicate Plaintiffs' applications for an immigrant visa jeopardizes the health, welfare and even lives of the Plaintiffs in that Taiwan is constantly being threatened with attack by the People's Republic of China.

19. An attack on Taiwan by the People's Republic of China may take literally millions of lives, including those of the plaintiffs, and/or result in the plaintiffs losing their human rights and becoming subject to the inhuman totalitarian rule of the Chinese communist government.

20. Inasmuch as Plaintiffs are not requesting that their applications be expedited, but merely processed according to speeds which, upon information and belief, are already slower than that of the processing of the vast majority of recent applications for immigrant visas, this Court need not consider the effect of expediting delayed action on agency activities of a higher or competing priority.

21. The Court should also take into account the nature and extent of the interests prejudiced by delay, that is, to the Plaintiffs' successful immigration to the United States, and so avoiding potential death in a Chinese invasion and/or loss of their human rights by becoming subject to an inhuman, totalitarian regime.

22. Even though Plaintiffs do not claim that there is any impropriety lurking behind agency lassitude here, nevertheless, Defendant's failure to process Plaintiffs' applications according to the express sense of Congress, as well as, upon information and belief, within the time parameters adhered to by it in the vast majority of applications for immigrant visas

applications filed with Defendant, provides ample reason to find that these applications have been unreasonably delayed.

23. This Court has authority under 5 U.S.C. § 706(1) to compel agency action unreasonably delayed.

## **RELIEF REQUESTEDS**

WHEREFORE it is respectfully requested that the Court order the Defendant to adjudicate Plaintiffs' immigrant visa applications as soon as reasonably possible and, in any event, in no later than 30 days from the date of an order from this Court and, if the applications are approved, to issue them immigrant visas forthwith.

Respectfully submitted May 17 , 2022.


*/s/ Michael E. Piston*

Michael E. Piston
Attorney for the Plaintiffs
38-08 Union St., Suite 9A
Flushing, NY 11354
Phone: 646-876-3772
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

COMPLAINT - 5